IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIN NAPOLEON,

        Petitioner,                      No. CIV S-10-0940 GGH P

    vs.

RICHARD B. YVES, Warden,

        Respondent.              <u>ORDER</u>

_____/

        Pursuant to the Order, filed on May 19, 2010, petitioner was directed, inter alia, either to submit the appropriate in forma pauperis affidavit or to pay the required $ 5.00 filing fee within twenty-eight days. See 28 U.S.C. §§ 1914(a); 1915(a). Court records indicate that, on June 14, 2010, petitioner paid the filing fee.

        Accordingly, IT IS ORDERED that petitioner has discharged his filing fee obligation, pursuant to 28 U.S.C. § 1914(a).

DATED: June 21, 2010                  /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    UNITED STATES MAGISTRATE JUDGE

GGH:009
napo0940.fee