IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIN NAPOLEON,

    Petitioner,                      No. CIV S-10-0940 GGH P

    vs.

RICHARD B. YVES,

    Respondent.                    <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 24, 2010, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty-one days, why respondent's September 24, 2010, motion to dismiss should not be granted.

DATED: November 22, 2010

                                      /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

GGH:035
napo0940.osc

1