IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIN NAPOLEON,

    Petitioner,                      No. CIV S-10-0940 GGH P

    vs.

RICHARD B. YVES,

    Respondent.                     <u>ORDER</u>

         /

        Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Pending before the court is petitioner's motion to strike any pleadings by respondent's counsel, Matthew Fletcher, filed on June 3, 2011 (docket # 33).  Notwithstanding respondent's June 24, 2011 opposition, respondent must show cause **within seven (7) days** why, pursuant to 28 U.S.C. §§ 515(b), 516, petitioner's motion should not be granted.

        IT IS SO ORDERED.

DATED: January 6, 2012

                                 /s/ Gregory G. Hollows
                            UNITED STATES MAGISTRATE JUDGE

GGH:009
napo0940.osc