IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELIN NAPOLEON,

    Petitioner,        No. CIV S-10-0940 GGH P

  vs.

RICHARD B. YVES,

    Respondent.      <u>ORDER</u>

_____/

        Petitioner is a federal prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The United States Attorney's Office filed a response to the petition on March 9, 2012. Petitioner must file any reply thereto within thirty days of the filed date of this order, after which this matter will be deemed submitted.

        IT IS SO ORDERED.

DATED: March 14, 2012

                      /s/ Gregory G. Hollows
                      UNITED STATES MAGISTRATE JUDGE

GGH:009
napo0940.ord2